UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-22437-BLOOM/OTAZO-REYES

IN RE: PETRUS ADVISERS INVESTMENTS FUND, L.P.,
by its General Partner, PETRUS ADVISERS INVESTMENTS
GENERAL PARTNER, INC.,

    Petitioner.
_____/

**ORDER**

THIS CAUSE came before the Court upon Petitioner Petrus Advisers Investments Fund, L.P., by its General Partner, Petrus Advisers Investments General Partner, Inc. ("Petitioner")'s Motion to Compel Starwood Capital Group Management L.L.C. to Appear for Deposition and Motion to Compel all Respondents to Produce Documents and Provide Deposition Dates (hereafter, "Motion to Compel") [D.E. 28]. The undersigned held a hearing on this matter on May 30, 2023 (hereafter, "Hearing"). In accordance with the undersigned's rulings at the Hearing, it is

ORDERED AND ADJUDGED that Petitioner's Motion to Compel [D.E. 28] is GRANTED IN PART as follows. By June 12, 2023, Respondent Starwood Capital Group Management L.L.C. shall produce its initial batch of documents in response to the subpoena that was stipulated to by the parties on December 19, 2022 [D.E. 22-1 at 2–22]. Additionally, the deposition of Starwood Capital Group Management L.L.C.'s corporate representative shall take place during the week of July 10, 2023. With regard to the additional relief sought in the Motion to Compel and any further discovery disputes, the parties may bring those matters to the undersigned's attention in accordance with the Court's Order on Objections to Magistrate Judge's Report and Recommendation [D.E. 34].

DONE AND ORDERED in Chambers at Miami, Florida, on this 30th day of May, 2023.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Beth Bloom
       Counsel of Record